**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **LARRY GRESHAM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:13CV711** |
| | § | |
| **BARRETT DAFFIN FRAPPIER TURNER** | § | |
| **AND ENGEL, LLP, et. al,** | § | |
| **Defendants.** | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Application for Temporary Restraining Order (Dkt. 16) be DENIED.

The court has made a *de novo* review of Plaintiff's objections, as well as Defendant's response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Plaintiff's Emergency Application for Temporary Restraining Order (Dkt. 16) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 9th day of December, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE